JS 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TAPPAN ZEE, | ) | Case No. CV 11-8280 DSF (CWx) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| RICHARD B. MAZZONI, et al., | ) | |
| Defendants. | ) | |

_____ )

    The Court, the Honorable Dale S. Fischer, District Judge, Presiding, having granted Defendants' motion to strike the complaint,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

        1/11/12

Dated: _____     _____
                             Dale S. Fischer
                        United States District Judge